Decided November 5, 2009

### STEFON MORANT *v.* COMMISSIONER OF CORRECTION

The petitioner Stefon Morant's petition for certification for appeal from the Appellate Court, 117 Conn. App. 279 (AC 28990), is denied.

*Lisa A. Vanderhoof*, special public defender, in support of the petition.

*Harry Weller*, senior assistant state's attorney, in opposition.

Decided November 5, 2009

### CITY OF MILFORD *v.* HELEN F. MAYKUT ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 117 Conn. App. 237 (AC 29177), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Robert J. Sickinger*, in support of the petition.

Decided November 5, 2009